# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL ALAN KIRK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1336

[October 29, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562011CF001536A.

Michael Alan Kirk, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and GROSS, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***